**United States Bankruptcy Court**
**District of Maryland**

IN RE:                                                          Case No. _____

**Bowles, Sharon Katrina**                           Chapter **7**_____

                                        Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on **August 3, 2015**, a copy of **Adversary Proceeding Complaint and Proposed Order** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

 

Respectfully submitted,
**Bowles, Sharon Katrina**

*/s/ Abena Y. Williams*
**Abena Y. Williams Maryland**
**Legal Aid Inc.**
**600 Jefferson Plaza, Suite 430**
**Rockville, MD  20852**
**(240) 314-0373  Fax: (240) 314-0720**
**awilliams@mdlab.org**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Jim McKay Chevrolet, Inc.**
**3509 University Dr.**
**Fairfax, VA  22030**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only