United States Bankruptcy Court
District of Maryland

Bowles,
    Plaintiff

Adv. Proc. No. 15-00382-pm

Goodman,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: lreid      Page 1 of 1      Date Rcvd: Aug 04, 2015
                        Form ID: sumprtrl    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2015.
pla         +Sharon Katrina Bowles,   18506 Eagles Roost Drive,   Germantown, MD 20874-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2015 at the address(es) listed below:
        Abena Y. Williams    awilliams@mdlab.org
                                                                                                                     TOTAL: 1

Form sumprtrl (06/15)

## UNITED STATES BANKRUPTCY COURT

District of Maryland

Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

---

| | | |
|---|---|---|
| **In Re:**<br>Sharon Katrina Bowles<br>Debtor(s) | Case No.:<br>Chapter: | 15−16227<br>7 |
| **Plaintiff(s)**<br>Sharon Katrina Bowles | Adversary No.:<br>Judge: | 15−00382<br>Paul Mannes |

VS.

Defendant(s)
William H Goodman

---

### SUMMONS AND NOTICE OF PRE−TRIAL CONFERENCE

**To the above named defendant(s):**

YOU ARE SUMMONED and required to file with this court and to serve upon the plaintiff or the plaintiff's attorney:

    Abena Y. Williams
    Legal Aid Bureau, Inc.
    600 Jefferson Plaza, Ste. 430
    Rockville, MD 20852

either a motion or an answer to the complaint which is now served upon you.

    If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney within 30 days of the date of issuance of this by the clerk except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

    The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. **FAILURE TO RESPOND IN ACCORDANCE WITH THIS SUMMONS SHALL ACT AS YOUR CONSENT TO ENTRY OF FINAL ORDERS AND JUDGMENTS BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.**

    YOU ARE HEREBY NOTIFIED THAT A PRE−TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET FOR:

    10/19/15 at 10:00 AM

    6500 Cherrywood Lane, Courtroom 3−D, Greenbelt, MD 20770

Dated: 8/4/15



Aug 04, 2015
Clerk of the
Bankruptcy Court
s/ Mark A. Neal

    Mark A. Neal, Clerk of Court
    by Deputy Clerk, Lia Reid
    301−344−3392